IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URVE MAGGITTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HON. BRET M. BINDER, in his official<br>capacity, et al.,<br><br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-1184 |
| URVE MAGGITTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HON. BRET M. BINDER, et al.,<br><br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-2273 |
| URVE MAGGITTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HON. JOHN P. CAPUZZI, sr., in his official<br>capacity, et al.,<br><br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-3185 |
| URVE MAGGITTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MAHON, et al.,<br><br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-4359 |

1

## <u>ORDER</u>

**AND NOW**, this 1st day of December 2023, upon consideration of Defendants' Motions to Dismiss in Civil Action No. 23-1184 (Doc. Nos. 16, 17), <u>pro</u> <u>se</u> Plaintiff's Response in Opposition (Doc. No. 18), Defendants' Reply (Doc. No. 20), Defendants' Motions to Dismiss in Civil Action No. 23-2273 (Doc. Nos. 17, 21, 27, 33, 38, 39), <u>pro</u> <u>se</u> Plaintiff's Response in Opposition (Doc. Nos. 30, 34), Defendants' Reply (Doc. No. 44), Defendants' Motions to Dismiss in Civil Action No. 23-3185 (Doc. Nos. 10, 12), <u>pro</u> <u>se</u> Plaintiff's Responses in Opposition (Doc. Nos. 13, 14), <u>pro</u> <u>se</u> Plaintiff's Complaint in Civil Action No. 23-4359 (Doc. No. 1), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. In Civil Action No. 23-1184,

    a. Defendants' Motions to Dismiss (Doc. Nos. 16, 17) are **GRANTED**.

    b. <u>Pro</u> <u>se</u> Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

    c. The Clerk of Court is directed to close the case.

    d. All remaining open Motions will be **DENIED** as **MOOT**.

2. In Civil Action No. 23-2273,

    a. Defendants' Motions to Dismiss (Doc. Nos. 17, 21, 27, 33, 38, 39) are **GRANTED**.

    b. Plaintiff's <u>pro</u> <u>se</u> Amended Complaint (Doc. No. 5) is **DISMISSED** without prejudice.

3. In Civil Action No. 23-3185,

    a. Defendants' Motions to Dismiss (Doc. Nos. 10, 12) are **GRANTED**.

    b. Plaintiff's <u>pro</u> <u>se</u> Complaint (Doc. No. 1) is **DISMISSED**.

    c. The Clerk of Court is directed to close the case.

    d. All remaining open Motions will be **DENIED** as **MOOT**.

2

4.  In Civil Action No. 23-4349,

    a.  Plaintiff's <u>pro</u> <u>se</u> Complaint (Civ. No. 23-4359, Doc. No. 1) is **DISMISSED** without prejudice.

5.  Plaintiff is **GRANTED** leave to file one (1) Amended Complaint within thirty (30) days of this Order encompassing Civil Action Nos. 23-2273 and 23-4349.  Because these actions are consolidated, Plaintiff should file the Amended Complaint only under Civil Action No. 23-2273.


                    BY THE COURT:


                     /s/ Joel H. Slomsky
                    _____
                    JOEL H. SLOMSKY, J.